UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:11CV-62284-WPD

RICHARD GOLDMAN and SUZANNE GOLDMAN, individually and on behalf of all others similarly situated,

    Plaintiffs

v.

BAC HOME LOANS SERVICING, L.P. f/k/a COUNTRYWIDE HOME LOANS SERVICING, L.P.,

    Defendant.
                  /

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

  Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Bank of America, N.A. and BAC Home Loans Servicing, LP, hereby file this corporate disclosure statement, and disclose the following:

  Bank of America, N.A. is a wholly-owned indirect subsidiary of the publicly-traded Bank of America Corporation.  Bank of America Corporation is a publicly-held company whose shares are traded on the New York Stock Exchange.  It has no parent company and no publicly-held company owns more than 10% of Bank of America Corporation's shares.

  BAC Home Loans Servicing, LP, effective July 1, 2011, merged with and into Bank of America, N.A.

              Respectfully submitted,

              BANK OF AMERICA, N.A., successor by
              merger to BAC HOME LOANS SERVICING,
              LP

By its attorneys,

/s/   Eve A Cann
J. RANDOLPH LIEBLER (Bar No. 507954)
EVE A. CANN (Bar No. 0040808)
**Liebler, Gonzalez & Portuondo, P.A.**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400

David L. Permut (*pro hac vice forthcoming*)
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, D.C.  20001
Tel.:  202.346.4000
Fax:  202.346.4444
dpermut@goodwinprocter.com

Matthew G. Lindenbaum (*pro hac vice forthcoming*)
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax:  617.523.1231
mlindenbaum@goodwinprocter.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of October, 2011, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF and by U.S. Mail to: Eric Bluestein, FREIDIN DOBRINSKY, 2 South Biscayne Blvd., Suite 3100, Miami, Florida 33131.

/s/   Eve A. Cann for:
J. RANDOLPH LIEBLER